**Appeal Dismissed and Memorandum Opinion filed March 21, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00506-CV

**RYAN KINNEAR, Appellant**

**V.**

**JENNIFER UMANZOR, Appellee**

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 20-CCV-067738**

## MEMORANDUM OPINION

This appeal is from a final judgment signed April 25, 2022. The clerk's record was filed August 1, 2022. The reporter's record was filed September 21, 2022. No brief was filed.

On January 31, 2023, this court issued an order stating that unless appellant filed a brief on or before March 2, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.